FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Oct 04, 2023_____

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky ☐

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Jairo Jaime Tinajero | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

Case No.    3:23-mj-656

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of beginning in April 2023 through September 2023 in the county of _____Jefferson_____ in the _____Western_____ District of _____Kentucky_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844 | Interstate Threats |
| 18 U.S.C. 2251 | Production of Child Pornography |
| 18 U.S.C. 2261A | Stalking |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____/s/ Brandi Fowler_____
*Complainant's signature*

Brandi Fowler, FBI Special Agent
*Printed name and title*

Sworn to before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: _____10/04/2023_____

*Judge's signature*

City and state: _____Louisville, Kentucky_____    Regina S. Edwards, Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|