# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandi Fowler, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of complaint seeking an arrest warrant for Jairo Jaime Tinajero for violation of 18 U.S.C.§§ 875, 2251(a), and 2261A. Tinajero violated federal law by:

   a. using a facility and means of interstate commerce, to knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

   b. knowingly persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

   c. being present in the United States and with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, used interactive communication, electronic communication service, or electronic communication system of interstate commerce to engage in a course of conduct that placed that person in reasonable fear of the death or serious bodily injury to the person, in violation of 18 U.S.C. § 2261A; and

   d. transmitting in interstate commerce communications containing threats to injure the person of another, in violation of 18 U.S.C. § 875.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed with the FBI since November 2015. I work for the FBI Louisville Division and have participated in investigations involving various criminal statues including violations of 18 U.S.C. §§ 1121, 1512, 1347, 1349, 1956, and 1957, and 21 U.S.C. §§ 841 and 846. I have received training on various subjects including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and

1

defensive tactics. I have also conducted or assisted in numerous investigations to include violent crimes. I have debriefed or assisted in debriefing numerous defendants, informants, and witnesses with personal knowledge of criminal organizations. Additionally, I have participated in many aspects of criminal investigations, conducting surveillance, arrests, the execution of search warrants, debriefings of informants, and reviews of taped conversations and records. Based on training, personal experience, and participation in criminal investigations, I have become familiar with the methods and techniques used to transport, store, and distribute illicit material. I have also become familiar with the ways in which criminals use cellphones and other communication methods to facilitate their criminal activities.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of supporting a criminal complaint seeking an arrest warrant, and I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for violations of Title 18, United States Code, Sections 875, 2251(a) and 2261A.

4. On September 12, 2023, FBI Louisville received information based on confidential human sources ("CHS"). The CHS is paid for providing information to the FBI and the CHS has provided reliable information in the past. The information provided by the CHS to the FBI was information regarding an individual with username "Christus" who was making posts, on a social media platform. The posts relate to raping and killing another individual, identified by FBI as Victim 1 (V1). Christus made repeated posts discussing the different ways that he wanted to kill V1. On July 28, 2023, Christus made a post that discussed using a "9mm Glock gen 17" to kill V1.

5. On August 10, 2023, Christus posted "If I knew someone in Louisville who would let me stay in their house I would actually be able to kill her while I hide", "That's where she lives", "Cops will go on her phone and see what my car looks like."

6. On August 26, 2023, Christus posted "Im determined to die" and "If I gotta kill her I can't let her live and fuck with dudes and girls while I'm sick and miserable" and "Im gonna live stream it." Christus also posted a picture of V1.

7. After an interview with law enforcement on September 25, 2023, V1 provided her cellular device to law enforcement and consented to a search of V1's device. The device contained communications between V1, and Jairo Tinajero on phone number 406-577-6215. According to subscriber records from AT&T, the listed subscriber for 406-577-6215 is Jairo Tinajero. On September 25, 2023, law enforcement conducted a voluntary interview with V1. During the interview, V1 was shown a picture of Tinajero's driver's license photo. V1 confirmed the photo depicted Tinajero was the person whom she had been electronically communicating with since she was fourteen years old. According to V1, Tinajero used username dreamer370, among other usernames, when utilizing various platforms to find underage children. V1 stated Tinajero preferred young girls and that Tinajero knew V1 was a minor when Tinajero first made contact with V1. Law enforcement identified Tinajero as the username "Christus" as well as "dreamer370."

8. V1 stated when she was 14 years of age, Tinajero found V1 within a children's chatroom and began privately messaging V1 from phone number 406-577-6215. V1 used her cellular device to communicate with Tinajero. Within a short amount of time, Tinajero asked V1 for pictures of her feet and stated he would pay money for each picture she sent. Tinajero progressed into asking for specific pictures of V1's body parts including genitals. For each picture or video V1 sent, Tinajero provided V1 with money, primarily through an online app called "Cash App.[1]" On April 9, 2023, Tinajero requested a picture from V1. V1 sent Tinajero a picture of V1 with her legs spread showing her vaginal area, and V1 was wearing panties. Tinajero sent V1 a

---

[1] Cash App is financial services platform featuring money transfers. Users can sand and receive money, as well as transfer money in their Cash App account to a linked bank account.

text message "panties off" and "same position." V1 asked if Tinajero would pay her at which time Tinajero replied "yeah." V1 sent Tinajero a video in the same position without panties showing her vulva using her cellular device.[2] Tinajero replied "hot pink pussy." Within a few minutes, Tinajero sent V1 payment in the form of $40 via Cash App and sent a text message to V1 stating "I sent you 40 thx for that vid I've been craving it since I met you." The Cash App payment from Tinajero was received by V1 on her cellular device. V1 is currently a minor who has not attained the age of 18 years and was a minor who had not attained the age of 18 years during the entire time period that she communicated with Tinajero.

9.      As Tinajero continued to groom V1 and progress in the requests, Tinajero sent V1 a vide]o of a young girl being molested by an adult and self-identified as a pedophile. On May 28, 2023, Tinajero sent V1 a video focused on an erect penis and the male appeared to be masturbating. On June 5, 2023, Tinajero sent V1 a text message stating, "You'll look cute riding me" and sent a picture of the bottom half of a male torso with the left hand at the base of an erect penis.

10.     In June 2023, Tinajero progressed with threatening behavior and on June 14, 2023, Tinajero sent V1 a text message stating "I wanna cut you" followed by a selfie with Tinajero holding a blade in front of his face. On June 18, 2023, Tinajero sent V1 a text message stating, "I'm a proud stalker" and "a proud pedophile." Tinajero became controlling over V1 and started making threats about sending her nude photographs of V1 to V1's family if V1 did not answer texts within a certain time frame. On June 21, 2023, Tinajero sent V1 at text message stating, "I know and I k ow all their names and where they work" and "but I'm not going to do anything as long as you cooperate w me".  On June 22, 2023, Tinajero text V1 "Imma fuck your life up if you don't text me today" and "Imma find your ass and rape u". After several threats from Tinajero, V1 blocked Tinajero and Tinajero sent V1's nude photos to V1's aunt. On August 30, 2023, after V1

---

[2] The video provided is child pornography as defined in 18 U.S.C. Section 2256.

blocked Tinajero's number, Tinajero texted from a different phone number, stating, "I fucking hate you bitch." The phone number used by Tinajero is 667-314-2947. According to subscriber records from AT&T, the listed subscriber for 667-314-2947 is Jairo Tinajero.

11. Based upon information provided by the CHS, in July 2023, Tinajero published a Lorebook[3] of V1 using an electronic device. The Lorebook was posted to various groups within the social media platform. Using an electronic device, Tinajero also started posting plans to kill V1. The Lorebook for V1 that was released by Tinajero using an electronic device included nude pictures of V1. It also included full names, addresses, and social media identifiers of V1's family members. On September 2, 2023, Tinajero posted "I wanna kill them so bad just show up at their cribs and shoot 100 rounds in 5 seconds" and on September 3, 2023, posted "I didn't wanna do anything bc I was scared of dying or prison but now I'm determined to die if I have to after getting rid of V1 and her stupid bf." Tinajero also began soliciting others to assist with attempting to kill V1.

12. According to V1, Tinajero told V1 that he lived in Arkansas. On May 19, 2023, Tinajero sent V1 a photograph of a juvenile female with RJHS depicted on the wall. In the background, there is a symbol of what resembles the Russellville Junior High School Mascot, the Whirlwinds. Russellville Junior High School is located in Russellville, Arkansas.

13. On August 11, 2023, Tinajero was arrested by the Russellville Police Department for driving while intoxicated. On September 4, 2023, Tinajero attempted to purchase an AR 15 from Conway ToetoToe Tactical located in Conway, Arkansas. In the application, Tinajero listed his address as 3640 East Main Street, Lot 54 in Russellville, Arkansas, and he listed his phone number as 667-314-2947. The background check to purchase the AR 15 was delayed and Tinajero was not able to obtain the firearm.

---

[3] A Lorebook is a reference to the release of a victim's nude pictures with full names, phone numbers, addresses, social media contacts, family members, and other personal details about the victim.

## **CONCLUSION**

14. Based on the foregoing, there is probable cause to believe that in or about and, between April 2023, and September 2023, in the Western District of Kentucky, Jefferson Counties, Kentucky, and elsewhere, Jairo Jaime Tinajero:

   a. using a facility and means of interstate commerce, to knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

   b. knowingly persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

   c. being present in the United States and with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, used interactive communication, electronic communication service, or electronic communication system of interstate commerce to engage in a course of conduct that placed that person in reasonable fear of the death or serious bodily injury to the person, in violation of 18 U.S.C. § 2261A; and

   d. transmitting in interstate commerce communications containing threats to injure the person of another, in violation of 18 U.S.C. § 875.

15. I respectfully request an arrest warrant be issued by this Court authorizing the arrest of Jairo Jaime Tinajero.

/s/ Brandi Fowler<br>
Brandi Fowler, Special Agent<br>
Federal Bureau of Investigation

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this  4th  day of October 2023.

_____
REGINA S. EDWARDS
United States Magistrate Judge