AO 91 (Rev. 11/11)  Criminal Complaint

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Oct 05, 2023

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Jairo Jaime Tinajero | ) 3:23-mj-656 |
| | ) |
| Defendant(s) | ) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of beginning in April 2023 through September 2023 in the county of Jefferson in the Western District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 | Interstate Threats |
| 18 U.S.C. 2251 | Production of Child Pornography |
| 18 U.S.C. 2422 | Online Enticement |
| 18 U.S.C. 2261A | Stalking |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Brandi Fowler
*Complainant's signature*

Brandi Fowler, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/05/2023

*Judge's signature*

City and state: Louisville, Kentucky

Regina S. Edwards, Magistrate Judge
*Printed name and title*