UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-CR-112-CRS

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.

JAIRO JAIME TINAJERO                                                                  DEFENDANT

## ORDER RESCHEDULING SENTENCING

     This matter is before the Court on the Court's own motion. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the Sentencing set for August 26, 2025, is **RESCHEDULED** to **February 24, 2026, at 2:30 p.m.**, before the Honorable Charles R. Simpson III, United States Senior District Judge, at the Gene Snyder Federal Building at the **Louisville, Kentucky**.

August 5, 2025

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Counsel of Record