UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL NO. 3:23-CR-112-CRS
UNITED STATES OF AMERICA,                                                                PLAINTIFF,

v.

JAIRO JAIME TINAJERO                                                                      DEFENDANT.

## ORDER

The parties having jointly moved to continue the sentencing hearing in this matter and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Sentencing hearing in this action be, and the same hereby is, continued to **20th day of May, 2026, at the hour of 2:30 p.m.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(8)(A), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv).

February 13, 2026

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Counsel of Record