**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:23-CR-112-CRS**
**UNITED STATES OF AMERICA,**                                     **PLAINTIFF,**

**vs.**

**JAIRO JAIME TINAJERO**                                          **DEFENDANT.**

## ORDER

The parties having jointly moved to continue the sentencing hearing in this matter  and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the **sentencing** hearing in this action be, and the same hereby is, **CONTINUED** to **21st day of July, 2026, at the hour of 2:30 p.m.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA  §3161(h)(8)(A), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv).

May 12, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record