**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:23-CR-112-CRS**
**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**

**vs.**

**JAIRO JAIME TINAJERO**                                               **DEFENDANT.**

## ORDER

The parties having jointly moved to continue the sentencing hearing in this matter  and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Sentencing hearing in this action be, and the same hereby is, continued to **Tuesday, October 20, 2026, at the hour of 2:30 p.m.** before the Honorable Charles R. Simpson III, United States Senior District Judge, at the Gene Snyder Federal Building in **Louisville, Kentucky**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA  §3161(h)(8)(A), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv).

July 15, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record