**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:23-CR-112-CRS**
**UNITED STATES OF AMERICA,**                                               **PLAINTIFF,**

**vs.**

**JAIRO JAIME TINAJERO**                                                    **DEFENDANT.**

**ORDER**

The Defendant having moved to continue the sentencing hearing in this matter, the United States having no objection,  and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the **Sentencing hearing** in this action be, and the same hereby is, continued to **22nd day of October, 2026, at the hour of 3:00 p.m.**, before the Honorable Charles R. Simpson III, United States Senior District Judge, at the Gene Snyder Federal Building in **Louisville, Kentucky**.

July 21, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record